FORM nmotn

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                      Case No.: 2:12−bk−20376−EPB

JAMES A SIMUNEK                                             Chapter: 13
1313 E. JADE DR.
CHANDLER, AZ 85286
**SSAN:** xxx−xx−1489
**EIN:**

Debtor(s)

## NOTICE OF HEARING ON MOTION

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom 703, Phoenix, AZ before the Honorable Eddward P. Ballinger Jr. on 6/23/15 at 10:00 AM to consider and act upon the following motion or application:

MOTION TO AUTHORIZE LOAN MODIFICATION FILED BY DEBTOR

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at least one week prior to the hearing.

**Date: May 20, 2015**

**Address of the Bankruptcy Clerk's Office:**          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                      **George Prentice**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov